# MUSA-OBREGON LAW P.C.
ATTORNEYS AND COUNSELORS AT LAW
S. MICHAEL MUSA-OBREGON, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
KARL J. ASHANTI, ESQ.
SAMI EL CHERIF, ESQ.

**MASPETH OFFICE***
55-21 69TH ST., 2nd FL
MASPETH, N.Y. 11378
TEL (718) 803-1000

**WHITE PLAINS OFFICE**
140 GRAND STREET, STE. 307
WHITE PLAINS, N.Y. 10601
TEL (914) 380-1436

By ECF

February 4, 2026

The Honorable Margaret Garnett
United States District Judge
Southern District of New York

*Canastuj v. Genalo*, No. 26-CV-00463 (MMG)

Re: ~~Cach Castunaj v. Genalo et al, No. 26-cv-463~~

Dear Judge Garnett:

As the Court knows, I represent the Petitioner in this habeas. With all apologies to the Court and counsel, I did not become aware of this Court's prior two orders in this case until today.

I have had to file habeas petitions almost daily, many on a *pro bono* basis, for many clients arrested by ICE to keep our existing immigration clients from being deported, even while undergoing some serious health issues, and I am working as fast as I humanly can.

I respectfully request until Monday to file the amended petition. Any case before your Honor is of utmost importance to me, as is Mr. Castunaj's case, or I would not have filed it in the first place. I therefore sincerely apologize. I have conferred with my client, and he wants this matter to fully proceed.

Respectfully submitted,

*S. Michael Musa-Obregon*
S. Michael Musa-Obregon, Esq.
On behalf of Petitioner

---

GRANTED. It is hereby ORDERED that Petitioner may file an amended habeas petition by **February 16, 2026**; Respondents' deadline to oppose is **February 23, 2026**; and Petitioner's deadline to reply is **February 27, 2026**. The Court will issue an appropriate order after receiving the papers.

SO ORDERED. Dated February 12, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT COURT

1